UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MITCHEL MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 1:17-cv-220 |
| ) | |
| HONDA MANUFACTURING OF ) | |
| INDIANA, LLC, AND ELWOOD ) | |
| STAFFING SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

**JOINT NOTICE OF REMOVAL**

Defendants, Honda Manufacturing of Indiana, LLC ("HMIN") and Elwood Staffing Services, Inc. ("Elwood"), by counsel, file this joint notice to remove an action pending against them in state court to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. The removal is based on the following grounds:

1. On December 19, 2016, Plaintiff commenced an action against HMIN and Elwood in the Decatur County Superior Court, Indiana. That action bears the same title as above and is docketed as Cause No. 16D01-1612-PL-577 in the state court ("the State Court Action").

2. The Complaint and Demand for Jury Trial, Summons, and Appearances, which are attached as **Exhibit 1**, were first served on HMIN by certified mail on December 28, 2016.

3. The Complaint, Summons, and Appearances, which are attached as **Exhibit 2**, were first served on Elwood by certified mail on December 27, 2016.

4. Counsel for HMIN filed their Appearances on January 18, 2017, in the State Court Action, a copy of which is attached as **Exhibit 3**.

US.109659521.02

5. Counsel for Elwood filed their Appearances and an Unopposed Motion for Initial Enlargement of Time to Respond to Plaintiff's Complaint on January 9, 2017, in the State Court Action. On January 12, 2017, the state court entered an Order granting Elwood's Motion. Copies of these filings are attached as **Exhibit 4**.

6. Other than those listed above, to Defendants' knowledge, there are no other pleadings, documents, or orders that have been filed or served in the State Court Action as of the date of the filing of this removal.

7. The state court action contains multiple claims, all of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, because they are claims that arise under the Americans with Disabilities Act, 42 U.S.C. § 12111, *et. seq*. It is therefore removable to this Court pursuant to 28 U.S.C. § 1441(a).

8. The United States District Court for the Southern District of Indiana, Indianapolis Division, is the United States District Court for the district and division embracing Decatur County, Indiana. 28 U.S.C. § 94(b)(1).

9. As required by 28 U.S.C. § 1446(d), Defendants are serving this Joint Notice of Removal on counsel for Plaintiff and filing it with the Clerk of the Decatur County Superior Court, Indiana.

WHEREFORE, Defendants, Honda Manufacturing of Indiana, LLC and Elwood Staffing Services, Inc., hereby remove this action from the Decatur County Superior Court, Indiana, to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully submitted,


s/Amanda L. Shelby
Amanda L. Shelby (#27726-49)
Sarah V. Bowers (#31232-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Phone:  (317) 237-0300
Fax:  (317) 237-1000
amanda.shelby@FaegreBD.com
sarah.bowers@FaegreBD.com

Attorneys for Defendant,
Honda Manufacturing of Indiana, LLC


s/Theresa R. Parish (*with permission*)
Brian L. McDermott
Theresa R. Parish
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Phone:  (317) 916-1300
Fax:  (317) 916-9076
brian.mcdermott@ogletree.com
theresa.parish@ogletree.com

Attorneys for Defendant,
Elwood Staffing Services, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that she has caused a copy of the foregoing to be served upon the following by first-class, United States mail, postage prepaid, on January 20, 2017:

Grant M. Reeves
BARADA LAW OFFICES LLC
201 N. Main Street
Rushville, IN 46173
grant@baradalawoffices.com

Cynthia Bedrick
Jody M. Butts
Scott A. Milkey
McNEELEY STEPHENSON
2150 Intelliplex Drive, Suite 100
Shelbyville, IN 46176
Cynthia.A.Bedrick@msth.com
Jody.M.Butts@msth.com
Scott.A.Milkey@msth.com

                    s/Amanda L. Shelby