UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MITCHEL MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:17-cv-00220-SEB-TAB ) |
| HONDA MANUFACTURING OF INDIANA, LLC, AND ELWOOD STAFFING SERVICES, INC., | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Mitchel Miller and Defendants Honda Manufacturing of Indiana, LLC and Elwood Staffing Services, Inc., all parties to this action, by counsel, hereby stipulate to the dismissal of all claims in this action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

/s/ Scott A. Milkey
Cynthia A. Bedrick
Jody M. Butts
Scott A. Milkey
McNEELY STEPHENSON
2150 Intelliplex Drive, Suite 100
Shelbyville, IN 46176
Telephone: (317) 825-5110
Facsimile: (317) 825-5109
cynthia.a.bedrick@msth.com
jody.m.butts@msth.com
scott.a.milkey@msth.com

*Attorneys for Plaintiff, Mitchel Miller*

/s/ Grant M. Reeves (with permission)
Grant M. Reeves
BARADA LAW OFFICES LLC
201 N. Main Street
Rushville, IN 46173
Telephone: (765) 932-6932
grant@baradalawoffices.com

*Attorney for Plaintiff, Mitchel Miller*

/s/ Sarah V. Bowers (with permission)
Amanda L. Shelby
Sarah V. Bowers
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
amanda.shelby@faegrebd.com
sarah.bowers@faegrebd.com

*Attorneys for Defendant, Honda Manufacturing of Indiana LLC*

/s/ Theresa R. Parish (with permission)
Brian L. McDermott
Theresa R. Parish
Shelley Rebecca McCoy
OGLETREE DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone:  (317) 916-1300
Facsimile:   (317) 916-9076
brian.mcdermott@ogletree.com
theresa.parish@ogletree.com
shelley.mccoy@ogletree.com

*Attorneys for Defendant, Elwood Staffing Services, Inc.*

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on March 6, 2018 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system, which may be accessed through the Court's system.

    Brian L. McDermott
    Theresa R. Parish
    Shelley R. McCoy
    OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART, P.C.
    111 Monument Circle, Suite 4600
    Indianapolis, Indiana 46204

    Amanda L. Shelby
    Sarah V. Bowers
    FAEGRE BAKER DANIELS LLP
    300 N. Meridian Street, Suite 2700
    Indianapolis, IN 46204

                                  /s Scott A. Milkey
                                  Scott A. Milkey

McNEELY STEPHENSON,
2150 Intelliplex Drive, Suite 100
Shelbyville, IN 46176
Telephone:  317-825-5110
Facsimile:  317-825-5109