UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MITCHEL MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:17-cv-00220-SEB-TAB |
| HONDA MANUFACTURING OF INDIANA, LLC, AND ELWOOD STAFFING SERVICES, INC., | ) ) ) ) |
| Defendants. | ) ) |

**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court, having considered the Stipulation of Dismissal with Prejudice submitted by all parties to this action, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed <u>with prejudice</u>, the parties to bear their own costs, including attorneys' fees.

SO ORDERED.

Date: 3/7/2018

_\[signature: Sarah Evans Barker\]_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to all counsel of record via CMECF